**E-FILED**
Tuesday, 26 October, 2004  11:12:12 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Larry D. Hall**

        vs.           Case Number:  **04-1162**

**USA**

    **DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Judgment is entered denying as untimely Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 USC Section 2255. Case terminated.

ENTER this 26th day of October, 2004

s/John M. Waters
JOHN M. WATERS, CLERK

s/R. Knox
BY: DEPUTY CLERK

04-1162.wpd